IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 08-cv-00811-WYD-MJW

UNITED STATES OF AMERICA,

     Petitioner,

     v.

JEFFREY DIETTE, as President of WESTERN STATES ENTERPRISES INC.,

     Respondent.

---

**ORDER**

---

THIS MATTER is before the Court on the Petitioner's Motion to Vacate Hearing and Discharge Order to Show Cause (filed July 29, 2008). The motion asserts that Respondent has substantially complied with the Internal Revenue Service ("IRS") summons described in Petitioner's Petition to Enforce Internal Revenue Service Summons. It further asserts that given the fact that the IRS will not require any additional documentation from Respondent, the hearing in this matter should be vacated and the Order to Show Cause in this matter should be discharged.

The Court, having reviewed the motion and being fully advised in the premises,

ORDERS that Petitioner's Motion to Vacate Hearing and Discharge Order to Show Cause is **GRANTED**. The hearing scheduled in this matter for **Friday, August 8, 2008, at 4:30 p.m.**, in courtroom A-1002, is **VACATED**, and the Court's Order to Show Cause filed April 23, 2008, is **DISCHARGED.** It is

FURTHER ORDERED that since the IRS no longer seeks to enforce its summons in this matter pursuant to its Petition to Seek Internal Revenue Summons (as it does not seek any further documentation from Respondent), this case is **DISMISSED WITHOUT PREJUDICE.**

Dated: July 31, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge